

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00388-CR

**EX PARTE** Jose Alexis **SANCHEZ DUBON**

From the County Court, Kinney County, Texas
Trial Court No. 10374CR
Honorable Roland Andrade, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 18, 2023.

_____
Rebeca C. Martinez, Chief Justice